IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MISCELLANEOUS WAREHOUSEMEN'S ) <br> LOCAL 781 HEALTH & WELFARE FUND, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> GLASS MANAGEMENT SERVICES, INC., ) <br> an Illinois corporation, d/b/a GLASS & MIRROR ) <br> AMERICA, ) <br> ) <br> Defendant. ) | CIVIL ACTION <br><br> NO. 12 C 0068 <br><br> JUDGE MILTON I. SHADUR |

**MOTION FOR ENTRY OF DEFAULT AND JUDGMENT**

NOW COME Plaintiffs, by their attorneys, and move for entry of judgment by default against Defendant, GLASS MANAGEMENT SERVICES, INC., an Illinois corporation, d/b/a GLASS & MIRROR AMERICA, in the total amount of $260,108.71, plus Plaintiffs' court costs and reasonable attorneys' fees in the amount of $1,423.50.

On January 10, 2012, the Summons and Complaint was served on the Registered Agent by tendering a copy of said documents to him personally at his place of business (a copy of the Summons and Affidavit of Service is attached hereto). Therefore, Defendant's answer was due on January 31, 2012. As Defendant has failed to timely answer the Complaint, Plaintiffs respectfully request entry of default and judgment.

/s/ Patrick N. Ryan

## CERTIFICATE OF SERVICE

       The undersigned, an attorney of record, hereby certifies that he electronically filed the foregoing document (Motion) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 16th day of February 2012:

       Mr. Richard W. Kuhn, Registered Agent
       Glass Management Services, Inc.
       552 S. Washington Street, #100
       Naperville, IL   60540

       /s/   Patrick N. Ryan

Patrick N. Ryan
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6278364
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: pryan@baumsigman.com

I:\781W\Glass & Mirror\motion.pnr.df.wpd